DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**OWEN G. WRIGHT, JR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1418

[July 16, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Suskauer, Judge; L.T. Case No. 502004CF007245AXXXMB.

Owen G. Wright, Jr., Raiford, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Wainwright v. State*, No. SC2025-0708, 2025 WL 1561151 (Fla. June 3, 2025) (holding that, even if *Erlinger v. United States*, 602 U.S. 821 (2024), constitutes a change in law, it does not apply retroactively to cases that were final when it was decided); *see also Chapa v. State,* 159 So. 3d 362 (Fla. 4th DCA 2015).

KUNTZ, C.J., MAY and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***